UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2017 MAR 7 AM 9 46
U.S. DISTRICT COURT
NEW HAVEN CT

IN THE MATTER OF AN APPLICATION : NO. 3:17mj252(SALM)
OF THE UNITED STATES OF AMERICA :
FOR AN ORDER AUTHORIZING THE : **FILED UNDER SEAL**
INSTALLATION AND USE OF PEN :
REGISTER AND TRAP AND TRACE DEVICE :

### ORDER

WHEREAS, this matter having come before the Court pursuant to an application under Title 18, United States Code, Sections 3123 and 3124, by Patrick F. Caruso, an Assistant United States Attorney, requesting an Order authorizing the installation and use of a pen register and a trap-and-trace device, without geographic limitation within the United States, for electronic communications directed to and from the user account at Facebook, Inc., an electronic communications service provider located in Palo Alto, California ("Facebook"), bearing personal numeric ID ▉▉▉▉▉▉▉▉, and based upon the application and supporting affidavit that has shown reasonable grounds to believe that the information sought is relevant to an ongoing criminal investigation conducted by the Federal Bureau of Investigation ("FBI") into possible violations of Title 21, United States Code, Sections 841(a)(1) and 846 (conspiracy to possess and to distribute controlled substances), and related offenses;

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §§ 3121-26, this Court authorizes the installation of a pen register and a trap and trace device, for a period of sixty days from the date of this Order, to capture and record dialing, routing, addressing and signaling information

used in processing and transmitting electronic communications from and to IP addresses, (2) date, time, duration and volume (*but not content*) of each communication, and (3) port of transmission;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(b)(2), that Facebook ("the Company"), shall furnish agents of the FBI forthwith all information, facilities and technical assistance necessary to accomplish the installation of the pen register and trap-and-trace device unobtrusively and with minimum interference with the services that are accorded persons with respect to whom the installation and use is to take place;

IT IS FURTHER ORDERED, that the Company be compensated by the applicant for reasonable expenses incurred in providing technical assistance;

IT IS FURTHER ORDERED that the Application, supporting Affidavit, and this Order, be sealed until otherwise ordered by this Court, except that a copy of the Application, Affidavit, and this Order may be provided to the FBI and a copy of the Order may be provided Facebook; and

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3123(d), to avoid prejudice to the criminal investigation, the Company and its agents and employees shall not disclose or cause a disclosure of the Order or the request for assistance or the existence of this investigation under penalty of criminal prosecution to any person other than those of their agents and employees who require this information to accomplish the services hereby ordered, unless and until otherwise

ordered by this Court.

SO ORDERED this 22nd day of April, 2016, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ
HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE